UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

    File No. 1:03-CV-236

    HON. ROBERT HOLMES BELL

TRADE PARTNERS, INC., et al.,

    Defendants.
                               /

## O R D E R

This matter is before the Court on a letter from Milton W. Mueller, a Trade Partners investor, to Magistrate Judge Ellen S. Carmody, which this Court has construed as a motion for clarification of the March 9, 2005, order denying Mr. Mueller's Objection to the February 9, 2005, report and recommendation. It appears that clarification of the March 9, 2005, order is appropriate. Accordingly,

**IT IS HEREBY ORDERED** that Mueller's motion to clarify (Docket # 928) is **GRANTED**, and by way of clarification this Court states that the March 9, 2005, order (Docket #916) adjusts Mueller's Claim No. 00549A against the receivership estate by reducing the claim to the amount invested, but the order does not adjudicate Mueller's claim to ownership of the funds on deposit with the Clerk of the Court.

Dated:   May 12, 2005                      /s/ Robert Holmes Bell
                                                                      ROBERT HOLMES BELL
                                                                      CHIEF UNITED STATES DISTRICT JUDGE