UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

    File No. 1:03-CV-236

    HON. ROBERT HOLMES BELL

TRADE PARTNERS, INC., et al.,

    Defendants.
    _____/

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on May 23, 2005, recommending that the Receiver's Fifth Motion to Allow A Claims (Docket # 936) be granted. (Docket # 1015). No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Docket # 1015) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's Fifth Motion to Allow Claims (Docket # 936) is **GRANTED.**

**IT IS FURTHER ORDERED** that the claims totaling $32,049,174.11 set forth in Exhibit "1" to the Report and Recommendation (Docket # 1015) are **ALLOWED AS UNSECURED CLAIMS** against the Receivership Estate.

Date:    June *23 2005        /s/ Robert Holmes Bell
                                                           ROBERT HOLMES BELL
                                                           CHIEF UNITED STATES DISTRICT JUDGE