UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

    Defendants.

                                 /

File No.  1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on May 23, 2005, recommending that the Receiver's Second Motion to Disallow/Adjust A Claims (Docket # 937) be granted. (Docket # 1016). No objections have been filed to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). The Court agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Docket # 1016) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's Second Motion to Disallow/Adjust A Claims (Docket # 937) is **GRANTED.**

**IT IS FURTHER ORDERED** that the claims set forth in Exhibit A attached to the Report and Recommendation (Docket # 1016) are **ADJUSTED AND ALLOWED** in the

amount proposed by the Receiver so as to reflect the actual amount invested as opposed to including the amount of the death benefit or expected return.

**IT IS FURTHER ORDERED** that the following claims are adjusted and allowed in the amount proposed by the Receiver so as to take into account payments received by the claimant and/or to deduct any claim for interest:

| Claim No. | Claimant | Allowed Claim |
|---|---|---|
| A-03883 | Quality Celery & Sprout, Profit Sharing & Trust | $26,550.14 |
| A-01799 | Makamae Corp. | $178,638.95 |
| A-01900 | Makamae Corp. | $39,375.00 |

Date:   June 23, 2005          /s/ Robert Holmes Bell
                               ROBERT HOLMES BELL
                               CHIEF UNITED STATES DISTRICT JUDGE