IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. QUILLING, Receiver for Advanced Financial Services, Inc., §§§§ | |
| Plaintiff, § | |
| § | Civil Action No. 1:03-cv-00236 |
| vs. §§ | |
| TRADE PARTNERS, INC., MACATAWA § BANK CORPORATION, successor by § merger to GRAND BANK, THOMAS J. § SMITH and CHRISTINE M. ZMUDKA, §§ | |
| Defendants. § | |

**REPORT AND RECOMMENDATION**
**REGARDING RECEIVER'S SIXTH MOTION TO ALLOW A CLAIMS**

On August 23, 2005 the Court considered the Receiver's Sixth Motion to Allow A Claims [Docket No. 1045]. No objections to the proposed allowed claims have been filed. Thus, the undersigned recommends that the claims set forth in Exhibit "1" to the Receiver's Motion [Docket No. 1045] and attached hereto, totaling $10,423,957.14 should be allowed as unsecured claims against the Receivership Estate.

DATED this August 23, 2005.

Respectfully submitted,

 /s/ Ellen S. Carmody
ELLEN S. CARMODY
United States Magistrate Judge

- 2 -

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within ten (10) days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time waives the right to appeal the District Court's order.  *Thomas v. Arn,* 474 U.S. 140, 155 (1985); *United States v. Walters,* 638 F.2d 947, 949-950 (6th Cir. 1981).