UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

       Plaintiff,                          Hon. Robert Holmes Bell

v.                                          Case No. 1:03-cv-00236

TRADE PARTNERS, INC., ET AL.,

       Defendants.

_____/

**REPORT AND RECOMMENDATION**

       The Receiver's Motion to Approve Sale of California Property (Dkt. 1071) was referred to me by the Honorable Robert Holmes Bell. No opposition has been filed to the motion. Therefore, pursuant to 28 U.S.C. § 636(b)(1)(B), allowing magistrate judges to submit proposed findings of fact and recommendations for disposition, I hereby recommend that the motion (Dkt. 1071) be granted by an Order similar in content to the proposed order submitted with the motion.

                                                     Respectfully submitted,

Date: September 13, 2005                        /s/ Ellen S. Carmody
                                                    ELLEN S. CARMODY
                                                    United States Magistrate Judge

       OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within ten (10) days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).