UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

    Defendants.
    _____/

File No. 1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on August 23, 2005, recommending that the Receiver's Sixth Motion to Allow A Claims (Docket # 1045) be granted. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated August 23, 2005 (Docket # 1075) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's Sixth Motion to Allow A Claims (Docket # 1045) is **GRANTED**.

**IT IS FURTHER ORDERED** that the claims totaling $10,423,957.14 as set forth in Exhibit "1" to the Report and Recommendation (Docket # 1075), are **ALLOWED AS UNSECURED CLAIMS** against the Receivership Estate.

Date:  September 21, 2005    /s/ Robert Holmes Bell
    ROBERT HOLMES BELL
    CHIEF UNITED STATES DISTRICT JUDGE