UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

    File No. 1:03-CV-236

    HON. ROBERT HOLMES BELL

TRADE PARTNERS, INC., et al.,

    Defendants.
    _____/

## **O R D E R**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that the Court **DECLINES TO ADOPT** the Report and Recommendation of the Magistrate Judge (Docket # 1092).

**IT IS FURTHER ORDERED** that the Receiver's motion to show cause (Docket # 769) is **GRANTED**.

**IT IS FURTHER ORDERED** that McNamara's claim in the Policy is disallowed.


Date:   September 30, 2005       /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                    CHIEF UNITED STATES DISTRICT JUDGE