IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. QUILLING, Receiver for Advanced Financial Services, Inc., § § § § Plaintiff, § § § vs. § § TRADE PARTNERS, INC., MACATAWA § BANK CORPORATION, successor by § merger to GRAND BANK, THOMAS J. § SMITH and CHRISTINE M. ZMUDKA, § § Defendants. § | Civil Action No. 1:03CV-0236 |

**REPORT AND RECOMMENDATIONS REGARDING RECEIVER'S
THIRD MOTION TO DISALLOW/ADJUST "A" CLAIMS**

On November 15, 2005 the Court considered the Receiver's Third Motion to Disallow/Adjust "A" Claims [Docket No. 1120]. Based on the record presented and applicable authority, the Court recommends that the investors listed on Exhibit "1" attached hereto be given allowed "A" Claims in the amounts stated in the Exhibit.

It is further recommended that the following individuals be given allowed "A" claims as follows:

| Claim No. | Claimant | Allowed Claim |
|---|---|---|
| A-00393 | Frank L. Luthi | $23,884.04 |
| A-00394 | Frank L. Luthi | $38,238.19 |
| A-00395 | Frank L. Luthi | $46,841.78 |
| A-04044 | Leonard J. Blough | $4,212.73 |
| A-04045 | Leonard J. Blough | $36,262.17 |

| Claim No. | Claimant | Allowed Claim |
|---|---|---:|
| A-02274 | Harvey E. and Joan V. Baker | $6,503.76 |
| A-03249 | Ross Taylor | $64,513.92 |
| A-03787 | Irene West Revocable Living Trust | $4,302.49 |
| A-03788 | Irene West Revocable Living Trust | $4,586.97 |
| A-03789 | Irene West Revocable Living Trust | $8,904.84 |
| A-03790 | Gary L. Gray | $4,650.06 |
| A-03810 | Debbie Kitchen | $55,367.44 |
| A-05156 | Richard Kolie | $99,203.73 |
| A-06575 | Richard Kolie | $77,358.91 |
| A-05331 | Forrest W. Jenkins | $457,631.26 |
| A-05332 | Forrest W. Jenkins | $102,202.47 |
| A-05333 | Forrest W. Jenkins | $38,811.61 |
| A-05334 | Russell Vail | $91,333.36 |
| A-05335 | Russell Vail | $38,901.61 |
| A-03784 | Paul D. Fox | $14,000.00 |
| A-03785 | Paul D. Fox | $14,000.00 |
| A-00605 | Jorge A. Silva | $10,000.00 |
| A-00691 | Alberto Jaramillo | $5,693.71 |
| A-06691 | Alberto Jaramillo | $15,000.00 |
| A-06692 | Alberto Jaramillo | $9,306.29 |
| A-06677 | Franciso A. Fernandez Guitierrez & Sonia Velandia Lopez | $10,000.00 |
| A-00883 | Alex Palenzona | $60,000.00 |
| A-05751 | Alex Palenzona | $60,000.00 |

It is further recommended that the following claims be disallowed in their entirety for the reasons stated in the Receiver's Motion.

| Claim No. | Claimant | Allowed Claim |
|---|---|---:|
| A-02882 | Juleene Lepley | $0.00 |
| A-03803 | Rodney R. & Rebecca A. Ferguson | $0.00 |
| A-04010 | Gary L. Gray | $0.00 |
| A-03250 | Ross Taylor | $0.00 |
| A-01773 | Leonard J. Blough | $0.00 |
| A-04659 | Henry Duarte | $0.00 |

DATED this 23rd day of November, 2005.

Respectfully submitted,

 /s/ Ellen S. Carmody
ELLEN S. CARMODY
UNITED STATES MAGISTRATE JUDGE

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within ten (10) days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn,* 474 U.S. 140, 155 (1985); *United States v. Walters,* 638 F.2d 947, 949-950 (6th Cir. 1981).