UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

    Defendants.
    _____/

File No.  1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on November 23, 2005, (Docket # 1167), recommending that the Receiver's motion for order authorizing limited discretionary distributions (Docket # 1097) be granted.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  The Court agrees with the recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Docket # 1167) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver is authorized to make emergency limited discretionary distributions not to exceed 15% of a particular allowed "A" claim upon the condition that any such interim distributions are to be deducted from any final distribution amount.

**IT IS FURTHER ORDERED** that the Receiver shall file a quarterly motion with the Court to account for any such distributions made.

Date:   December 8, 2005           /s/ Robert Holmes Bell
                                   ROBERT HOLMES BELL
                                   CHIEF UNITED STATES DISTRICT JUDGE