UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

        Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

        Defendants.
                                         /

File No. 1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on November 23, 2005, (Docket # 1168), recommending that the Receiver's third motion to disallow/adjust "A" claims (Docket # 1120) be granted. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Docket # 1168) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the "A" claims identified in the Receiver's motion (Docket # 1120) are allowed, adjusted, and/or disallowed as recommended in the Report and Recommendation (Docket # 1168).

Date:   December 8, 2005        /s/ Robert Holmes Bell
                                                         ROBERT HOLMES BELL
                                                         CHIEF UNITED STATES DISTRICT JUDGE