IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,  Receiver §
for Advanced Financial Services, Inc., §
 §
 Plaintiff, §
 § Civil Action No.  1:03-CV-0236
vs. §
 §
TRADE PARTNERS, INC., MACATAWA §
BANK CORPORATION, successor by §
merger to GRAND BANK, THOMAS J. §
SMITH and CHRISTINE M. ZMUDKA, §
 §
 Defendants. §

## REPORT AND RECOMMENDATION REGARDING DOCKET NO. 1191

On the 17th day of January, 2006, the Court considered the Receiver's Motion to

Disallow/Adjust Claims A-02650 through A-02656 (Gail Osburn) [Docket No. 1191].  Having

considered the motion and the agreement of the parties as announced to the Court at the time of

the hearing, the Court recommends that the motion be considered settled and that the following

claims be allowed in the following amounts:

| CLAIM NO. | NAME | AMOUNT |
|-----------|------|--------|
| A-02650 | Gail G. Osburn Trust | $102,678.15 |
| A-02651 | Gail G. Osburn Trust | $50,000.00 |
| A-02652 | Gail G. Osburn | $7,780.04 |
| A-02653 | Gail G. Osburn | $10,000.00 |
| A-02654 | Gail G. Osburn | $10,000.00 |
| A-02655 | Gail G. Osburn | $10,000.00 |

| CLAIM NO. | NAME | AMOUNT |
|-----------|------|--------|
| A-02656 | Gail G. Osburn | $10,000.00 |

Respectfully submitted,

Date:  January 24, 2006

  /s/ Ellen S. Carmody
ELLEN S. CARMODY
United States Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within ten (10) days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn,* 474 U.S. 140, 155 (1985); *United States v. Walters,* 638 F.2d 947, 949-950 (6th Cir. 1981).