IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,  Receiver §
for Advanced Financial Services, Inc., §
§
Plaintiff, §
§     Civil Action No.  1:03-CV-0236
vs. §
§
TRADE PARTNERS, INC., MACATAWA §
BANK CORPORATION, successor by §
merger to GRAND BANK, THOMAS J. §
SMITH and CHRISTINE M. ZMUDKA, §
§
Defendants. §

### REPORT AND RECOMMENDATION REGARDING DOCKET NO. 1173

On January 17, 2006 the Court considered the Receiver's Objections to Claim Nos. A-03916,

A-03917, A-03918, A-03919 and A-03920 (Janet Tannenbaum) [Docket No. 1173].  Thereafter the

Court issued its Report and Recommendation [Docket No. 1205] and issued an Order to Show Cause

[Docket No. 1206] as to Claim No. A-03919.

The Court set the Order to Show Cause for hearing on February 7, 2006 at 10:00 a.m.  The

Receiver sent notice of the hearing to Janet Tannenbaum and her counsel as reflected in a Proof of

Service [Docket No. 1207].  Janet Tannenbaum did not appear at the time and place of the hearing

on the Order to Show Cause.

Accordingly, the Court recommends that Claim No. A-03919 be disallowed in its entirety.

Date:  February 15, 2006                    /s/ Ellen S. Carmody
                                        ELLEN S. CARMODY
                                        United States Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within ten (10) days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time waives the right to appeal the District Court's order.  *Thomas v. Arn,* 474 U.S. 140, 155 (1985); *United States v. Walters,* 638 F.2d 947, 949-950 (6th Cir. 1981).