UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

       Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

       Defendants.
                                        /

File No.  1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on January 24, 2006, (Docket # 1203), recommending that the Receiver's eighth motion to allow "A" claims (Docket # 1192) be granted. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Docket # 1203) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the "A" claims identified in the Receiver's motion (Docket # 1192) and attached to the Report and Recommendation (Docket # 1203) totaling $5,742,318.34, are allowed as unsecured claims against the Receivership Estate.


Date:   February 22, 2006          /s/ Robert Holmes Bell
                                               ROBERT HOLMES BELL
                                               CHIEF UNITED STATES DISTRICT JUDGE