UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

        Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

        Defendants.
                                        /

File No.  1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on January 24, 2006, (Docket # 1204), recommending that the Receiver's motion to disallow/adjust Claims A-02650 through A-02656 (Gail Osburn) (Docket # 1191) be considered settled and that the claims be allowed in the amounts agreed on by the parties and set forth in the Report and Recommendation.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  The Court agrees with the recommendation.  Accordingly,

IT IS HEREBY ORDERED that the Report and Recommendation (Docket # 1204) is APPROVED AND ADOPTED as the opinion of this Court.

IT IS FURTHER ORDERED that Claims A-02650 through A-02656 (Gail Osburn) are allowed in the following amounts:

| CLAIM NO. | NAME | AMOUNT |
|---|---|---|
| A-02650 | Gail G. Osburn Trust | $102,678.15 |
| A-02651 | Gail G. Osburn Trust | $50,000.00 |
| A-02652 | Gail G. Osburn | $7,780.04 |
| A-02653 | Gail G. Osburn | $10,000.00 |
| A-02654 | Gail G. Osburn | $10,000.00 |
| A-02655 | Gail G. Osburn | $10,000.00 |
| A-02656 | Gail G. Osburn | $10,000.00 |

Date:   February 22, 2006         /s/ Robert Holmes Bell
                                  ROBERT HOLMES BELL
                                  CHIEF UNITED STATES DISTRICT JUDGE