UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

       Plaintiff,

v.

       File No. 1:03-CV-236

       HON. ROBERT HOLMES BELL

TRADE PARTNERS, INC., et al.,

       Defendants.
       _____/

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on January 24, 2006, (Docket # 1205), recommending that the Receiver's objection to claims A-03916 A-03917, A-03918, A-03919, and A-03920 (Janet Tannenbaum) (Docket # 1173), be granted in part and taken under advisement in part as set forth in the Report and Recommendation. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Docket # 1205) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's objections to claims A-03916 through A-03920 (Tannenbaum) (Docket # 1173) are **GRANTED IN PART and DENIED IN PART**.

**IT IS FURTHER ORDERED** that the following claims are allowed in the following amounts:

| CLAIM NO. | AMOUNT |
|---|---:|
| A-03918 | $64,640.00 |
| A-06944 | $12,971.00 |

**IT IS FURTHER ORDERED** that the following claims are disallowed in their entirety:

| CLAIM NO. | AMOUNT |
|---|---:|
| A-03916 | $0.00 |
| A-03917 | $0.00 |
| A-03920 | $0.00 |

**IT IS FURTHER ORDERED** that Claim A-03919 will be addressed by an order to show cause to Janet Tannenbaum.


Date:   February 22, 2006            /s/ Robert Holmes Bell
                                     ROBERT HOLMES BELL
                                     CHIEF UNITED STATES DISTRICT JUDGE