IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL J. QUILLING, Receiver for Advanced Financial Services, Inc., | § § § | |
| Plaintiff, | § § | Civil Action No. 1:03-CV-0236 |
| v. | § § | |
| TRADE PARTNERS, INC., MACATAWA BANK CORPORATION, successor by merger to GRAND BANK, THOMAS J. SMITH and CHRISTINE M. ZMUDKA, | § § § § § | |
| Defendants. | § | |

**REPORT AND RECOMMENDATION AS TO DOCKET NO. 1228**

On March 21, 2006 the Court considered the Receiver's Motion to Adjust Claims of Sergei Kretov and Tatiana Vlasova [Docket No. 1228]. After consideration of the Motion and the Receiver's presentation, the Court finds that the claims should be adjusted to reflect the amount invested as opposed to the death benefit. Therefore, the Court recommends that the Motion be granted and that the claimant be given the following allowed claims:

| Claimant | Claim No. | Amount |
|---|---|---|
| Sergei Kretov | A-04338 | $94,686.20 |
| Tatiana A. Vlasova | A-04750 | $36,937.51 |
| Tatiana A. Vlasova | A-04751 | $65,741.11 |
| Tatiana A. Vlasova | A-04752 | $65,489.22 |
| Tatiana A. Vlasova | A-04753 | $25,865.31 |
| Tatiana A. Vlasova | A-04754 | $76,333.51 |

| Claimant | Claim No. | Amount |
|---|---|---|
| Tatiana A. Vlasova | A-04755 | $9,723.00 |

Date: March 23, 2006   /s/ Ellen S. Carmody
ELLEN S. CARMODY
United States Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within ten (10) days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn,* 474 U.S. 140, 155 (1985); *United States v. Walters,* 638 F.2d 947, 949-950 (6th Cir. 1981).