IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL J. QUILLING, Receiver for Advanced Financial Services, Inc., | § § § | |
| Plaintiff, | § § | Civil Action No. 1:03-CV-0236 |
| v. | § § | |
| TRADE PARTNERS, INC., MACATAWA BANK CORPORATION, successor by merger to GRAND BANK, THOMAS J. SMITH and CHRISTINE M. ZMUDKA, | § § § § § | |
| Defendants. | § | |

## REPORT AND RECOMMENDATION AS TO DOCKET NO. 1231

On March 21, 2006 the Court considered the Receiver's Motion to Disallow Claim of Thomas A. Conroy [Docket No. 1231]. After consideration of the Motion and the Receiver's presentation, the Court finds that the evidence shows that Trade Partners, Inc. and the claimant settled the claim pre-receivership and no further amounts are owed to the claimant. Therefore, the Court recommends that the Motion be granted and that Claim No. A-04598 be disallowed in its entirety.

Date: March 23, 2006                                     /s/ Ellen S. Carmody
                                                                        ELLEN S. CARMODY
                                                                        United States Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within ten (10) days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn,* 474 U.S. 140, 155 (1985); *United States v. Walters,* 638 F.2d 947, 949-950 (6th Cir. 1981).