UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

      Plaintiff,

                                    File No.  1:03-CV-236

v.

                                    HON. ROBERT HOLMES BELL

TRADE PARTNERS, INC., et al.,

      Defendants.
                                       /

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation ("R&R") on March 7, 2006, (Docket # 1239), recommending that the Receiver's motion to exclude expert opinion testimony (Docket # 943) be granted; that the Receiver's motion for summary judgment against Columbian Mutual Life Insurance Company ("Columbian Mutual") (Docket # 1033) be denied; and that Columbian Mutual's motion for summary judgment (Docket # 1041) be granted.  The Receiver has filed objections only to that portion of the R&R addressing the parties' cross motions for summary judgment.

The Receiver's objections to the R&R are essentially a repetition of the arguments it presented to and rejected by the Magistrate Judge.  Upon de novo review, the Court is satisfied that the R&R correctly found that the undisputed facts show that Columbian Mutual did not accept Trade Partners, Inc.'s check as absolute and unconditional payment of a premium due; that Columbian Mutual did not waive its right to insist upon forfeiture of the

policy for non-payment of a premium; and that Columbian should not be estopped from forfeiting the policy.  Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated March 6, 2006, (Docket #  1239) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's motion to exclude expert opinion testimony (Docket #  943) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Receiver's motion for summary judgment (Docket #  1033) is **DENIED**.

**IT IS FURTHER ORDERED** that Columbian Mutual Life Insurance Company's motion for summary judgment (Docket #  1041) is **GRANTED**.

Date:   March 31, 2006              /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    CHIEF UNITED STATES DISTRICT JUDGE