UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

    Defendants.
    _____/

File No.  1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on March 23, 2006, recommending that the Receiver's motion to adjust claims of Sergei Kretov and Tatiana Vlasova (Docket # 1228) be granted. (Docket # 1254). No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation as to Docket No. 1228 (Docket # 1254) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's motion to adjust claims of Sergei Kretov and Tatiana Vlasova (Docket # 1228) is **GRANTED**.

**IT IS FURTHER ORDERED** that the claims of Sergei Kretov and Tatiana Vlasova are adjusted as follows:

| Claimant | Claim No. | Amount |
|---|---|---|
| Sergei Kretov | A-04338 | $94,686.20 |
| Tatiana A. Vlasova | A-04750 | $36,937.51 |
| Tatiana A. Vlasova | A-04751 | $65,741.11 |
| Tatiana A. Vlasova | A-04752 | $65,489.22 |
| Tatiana A. Vlasova | A-04753 | $25,865.31 |
| Tatiana A. Vlasova | A-04754 | $76,333.51 |
| Tatiana A. Vlasova | A-04755 | $9,723.00 |

Date:     April 11, 2006            /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    CHIEF UNITED STATES DISTRICT JUDGE