UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

    Defendants.
_____/

File No. 1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on March 23, 2006, recommending that the Receiver's motion to disallow claim of Joseph Berthiaume (Docket # 1230) be granted and that Claim No. A-01207 be disallowed in its entirety. (Docket # 1255).  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  The Court agrees with the recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation as to Docket No. 1230 (Docket # 1255) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's motion to disallow claim of Joseph Berthiaume (Docket # 1230) is **GRANTED**.

**IT IS FURTHER ORDERED** that Claim No. A-01207 is **DISALLOWED** in its entirety.

Date:  April 11, 2006           /s/ Robert Holmes Bell
                                                ROBERT HOLMES BELL
                                                CHIEF UNITED STATES DISTRICT JUDGE