UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

        Plaintiff,

                                         File No.  1:03-CV-236

v.

                                       HON. ROBERT HOLMES BELL

TRADE PARTNERS, INC., et al.,

        Defendants.

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on March 23, 2006, recommending that the Receiver's motion to disallow claim of Thomas A. Conroy (Docket # 1231) be granted and that Claim No. A-04598 be disallowed in its entirety. (Docket # 1256).  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  The Court agrees with the recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation as to Docket No. 1231 (Docket # 1256) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's motion to disallow claim of Thomas A. Conroy (Docket #  1231) is **GRANTED**.

**IT IS FURTHER ORDERED** that Claim No. A-04598 is **DISALLOWED** in its entirety.

Date:   _____April 11, 2006_____      /s/ Robert Holmes Bell_____
                                    ROBERT HOLMES BELL
                                    CHIEF UNITED STATES DISTRICT JUDGE