IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. QUILLING, Receiver for Advanced Financial Services, Inc., <br><br> Plaintiff, <br><br> v. <br><br> TRADE PARTNERS, INC., MACATAWA BANK CORPORATION, successor by merger to GRAND BANK, THOMAS J. SMITH and CHRISTINE M. ZMUDKA, <br><br> Defendants. | Civil Action No. 1:03-CV-0236 |

**REPORT AND RECOMMENDATION AS TO DOCKET NO. 1227**

On March 21, 2006 the Court considered the Receiver's Motion to Approve "A" Claims Held By Advanced Financial Services, Inc. and Advanced Financial, LLC [Docket No. 1227]. After consideration of the Motion and the Receiver's presentation, the Court finds that the Examiner does not have a conflict of interest in reviewing the claims and that his review has been impartial and reveals that the proposed treatment and amount of the claims is consistent with the procedures utilized by the Court as to all the other claims approved in these proceedings. Therefore, the Court recommends that the Motion be granted and that the following entities have the following allowed claims:

| Entity | Claim No. | Amount of Claim |
|---|---|---|
| Advanced Financial, LLC | A-06060 | $269,905.83 |
| Advanced Financial Services, Inc. | A-06061 | $25,000.00 |
| Advanced Financial Services, Inc. | A-06062 | $23,942.20 |
| Advanced Financial Services, Inc. | A-06063 | $18,543.00 |

| Entity | Claim No. | Amount of Claim |
|---|---|---|
| Advanced Financial Services, Inc. | A-06064 | $7,896.00 |
| Advanced Financial Services, Inc. | A-06065 | $17,000.00 |
| Advanced Financial Services, Inc. | A-06066 | $36,747.65 |
| Advanced Financial Services, Inc. | A-06067 | $35,703.90 |
| Advanced Financial Services, Inc. | A-06068 | $6,836.07 |
| Advanced Financial Services, Inc. | A-06069 | $50,000.00 |
| Advanced Financial Services, Inc. | A-06070 | $16,945.00 |
| Advanced Financial Services, Inc. | A-06071 | $1,728.49 |
| Advanced Financial Services, Inc. | A-06072 | $35,337.32 |
| Advanced Financial Services, Inc. | A-06073 | $19,222.45 |
| Advanced Financial Services, Inc. | A-06074 | $5,555.04 |
| Advanced Financial Services, Inc. | A-06075 | $22,300.00 |
| Advanced Financial Services, Inc. | A-06076 | $6,996.00 |

Respectfully submitted,

Date:  April 17, 2006

 /s/ Ellen S. Carmody
ELLEN S. CARMODY
United States Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within ten (10) days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time waives the right to appeal the District Court's order.  *Thomas v. Arn,* 474 U.S. 140, 155 (1985); *United States v. Walters,* 638 F.2d 947, 949-950 (6th Cir. 1981).