UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

       Plaintiff,

                                 File No.  1:03-CV-236

v.

                                 HON. ROBERT HOLMES BELL

TRADE PARTNERS, INC., et al.,

       Defendants.

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

       Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on April 4, 2006, recommending that the Receiver's motion to approve compromise and settlement agreement (Docket # 1237) be granted.  (Docket # 1262).   No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).   The Court agrees with the recommendation. Accordingly,

       **IT IS HEREBY ORDERED** that the Report and Recommendation dated April 4, 2004, (Docket # 1262) is **APPROVED AND ADOPTED** as the opinion of this Court.

       **IT IS FURTHER ORDERED** that the Receiver's motion to approve compromise and settlement agreement (Docket # 1237) is **GRANTED**.

Date:    __April 25, 2006__       /s/ Robert Holmes Bell_____
                                  ROBERT HOLMES BELL
                                  CHIEF UNITED STATES DISTRICT JUDGE