UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

       Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

       Defendants.
                               /

File No.  1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

      Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on April 7, 2006, recommending that the Receiver's request for an order allowing Universal Settlements International, Inc. to obtain medical records be granted. (Docket # 1268).  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  The Court agrees with the recommendation.  Accordingly,

      **IT IS HEREBY ORDERED** that the Report and Recommendation dated April 7, 2006, (Docket # 1268), is **APPROVED AND ADOPTED** as the opinion of this Court.

      **IT IS FURTHER ORDERED** that the Receiver's request for issuance of an order granting access to medical records is **GRANTED** and the Court will enter the order attached to the Report and Recommendation.

Date:    April 26, 2006        /s/ Robert Holmes Bell
                                           ROBERT HOLMES BELL
                                           CHIEF UNITED STATES DISTRICT JUDGE