IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. QUILLING, Receiver for Advanced Financial Services, Inc., <br><br> Plaintiff, <br><br> v. <br><br> TRADE PARTNERS, INC., MACATAWA BANK CORPORATION, successor by merger to GRAND BANK, THOMAS J. SMITH and CHRISTINE M. ZMUDKA, <br><br> Defendants. | Civil Action No. 1:03-CV-0236 |

## REPORT AND RECOMMENDATION AS TO DOCKET NOS. 1169 and 1284

The Court has considered the Receiver's Motion to Disallow Claims of William Shurlow [Docket No. 1169] and a related Stipulation filed on April 20, 2006 [Docket No. 1284]. After consideration of the Motion and the Stipulation, the Court finds that the Stipulation should be approved. Therefore, the Court recommends that the Stipulation be approved and that Claim No. A-04700 in the name of William Shurlow should be allowed in the amount of $3,417,523.55.

Respectfully submitted,

Date: April 26, 2006

/s/ Ellen S. Carmody
ELLEN S. CARMODY
United States Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within ten (10) days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn,* 474 U.S. 140, 155 (1985); *United States v. Walters,* 638 F.2d 947, 949-950 (6th Cir. 1981).