IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. QUILLING, Receiver for Advanced Financial Services, Inc., §§§§ | |
| Plaintiff, § | |
| § | Civil Action No.  1:03-CV-0236 |
| v. §§ | |
| TRADE PARTNERS, INC., MACATAWA BANK CORPORATION, successor by merger to GRAND BANK, THOMAS J. SMITH and CHRISTINE M. ZMUDKA, §§§§§§ | |
| Defendants. § | |

**REPORT AND RECOMMENDATION AS TO DOCKET NOS. 1221 and 1271**

The Court has considered the Receiver's Motion to Disallow Claim of Coach Lane Associates [Docket No. 1221] and a related Stipulation filed on April 10, 2006 [Docket No. 1271]. After consideration of the Motion and the Stipulation, the Court finds that the Stipulation should be approved. Therefore, the Court recommends that the Stipulation be approved and that Claim No. A-05753 in the name of Coach Lane Associates should be allowed in the amount of $111,000.00.

Respectfully submitted,

Date:  April 27, 2006

/s/ Ellen S. Carmody
ELLEN S. CARMODY
United States Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within ten (10) days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn,* 474 U.S. 140, 155 (1985); *United States v. Walters,* 638 F.2d 947, 949-950 (6th Cir. 1981).