UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

       Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

       Defendants.
                                          /

File No.  1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on April 17, 2006, recommending that the Receiver's Motion to Approve "A" Claims Held By Advanced Financial Services, Inc. and Advanced Financial, LLC (Docket # 1227) be granted.  (Docket # 1278).  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  The Court agrees with the recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated April 17, 2006, (Docket # 1278) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's Motion to Approve "A" Claims Held By Advanced Financial Services, Inc. and Advanced Financial, LLC (Docket # 1227) is **GRANTED**.

**IT IS FURTHER ORDERED** that the claims of the following entities are **ALLOWED** in the following amounts:

| Entity | Claim No. | Amount of Claim |
|---|---|---|
| Advanced Financial, LLC | A-06060 | $269,905.83 |
| Advanced Financial Services, Inc. | A-06061 | $25,000.00 |
| Advanced Financial Services, Inc. | A-06062 | $23,942.20 |
| Advanced Financial Services, Inc. | A-06063 | $18,543.00 |
| Advanced Financial Services, Inc. | A-06064 | $7,896.00 |
| Advanced Financial Services, Inc. | A-06065 | $17,000.00 |
| Advanced Financial Services, Inc. | A-06066 | $36,747.65 |
| Advanced Financial Services, Inc. | A-06067 | $35,703.90 |
| Advanced Financial Services, Inc. | A-06068 | $6,836.07 |
| Advanced Financial Services, Inc. | A-06069 | $50,000.00 |
| Advanced Financial Services, Inc. | A-06070 | $16,945.00 |
| Advanced Financial Services, Inc. | A-06071 | $1,728.49 |
| Advanced Financial Services, Inc. | A-06072 | $35,337.32 |
| Advanced Financial Services, Inc. | A-06073 | $19,222.45 |
| Advanced Financial Services, Inc. | A-06074 | $5,555.04 |
| Advanced Financial Services, Inc. | A-06075 | $22,300.00 |
| Advanced Financial Services, Inc. | A-06076 | $6,996.00 |

Dated:     May 8, 2006            /s/ Robert Holmes Bell
                                  ROBERT HOLMES BELL
                                  CHIEF UNITED STATES DISTRICT JUDGE