UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

      Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

      Defendants.

                                        /

File No. 1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on April 27, 2006, (Docket # 1298), recommending that the stipulation between the Receiver and Respondent Coach Lane Associates (Docket # 1271) be approved and that Claim No. A-05753 in the name of Coach Lane Associates be allowed in the amount of $111,000.00. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of April 27, 2006, (Docket # 1298) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's motion to disallow/adjust claims A-03147 and A-05753 (Coach Lane Associates) (Docket # 1221) is **WITHDRAWN** in accordance with the parties' stipulation.

**IT IS FURTHER ORDERED** that Respondent Coach Lane Associates' Claim A-03147 is **WITHDRAWN** in accordance with the parties' stipulation.

**IT IS FURTHER ORDERED** that Claim No. A-05753 in the name of Coach Lane Associates is **ALLOWED** in the amount of **$111,000.00**.

Date:     May 15, 2006                 /s/ Robert Holmes Bell
                                       ROBERT HOLMES BELL
                                       CHIEF UNITED STATES DISTRICT JUDGE