UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

      Plaintiff,

                                                  File No.  1:03-CV-236

v.

                                                  HON. ROBERT HOLMES BELL

TRADE PARTNERS, INC., et al.,

      Defendants.

                                          /

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on April 26, 2006, (Docket # 1297), recommending that the stipulation between the Receiver and Respondent William Shurlow (Docket # 1284) be approved and that Claim No. A-04700 in the name of William Shurlow be allowed in the amount of $3,417,523.55. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of April 26, 2006, (Docket # 1297) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's objection to and request for a reduction of claims A-04700, A-04701 and A-04702 (William Shurlow) (Docket # 1169) is **GRANTED** in accordance with the parties' stipulation.

**IT IS FURTHER ORDERED** that Claim No. A-04700 in the name of William Shurlow is **ALLOWED** in the amount of **$3,417,523.55**.


Date:     May 15, 2006              /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    CHIEF UNITED STATES DISTRICT JUDGE