UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

    File No. 1:03-CV-236

    HON. ROBERT HOLMES BELL

TRADE PARTNERS, INC., et al.,

    Defendants.
    _____/

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on June 12, 2006, recommending that the Receiver's motion to adjust the claim of Investor's Financing (Claim No. A-03468) (Docket # 1229) be denied and that Claim No. A-03468 be allowed in the amount of $475,000.00. (Docket # 1317). No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated June 12, 2006, (Docket # 1317) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's motion to adjust the claim of Investor's Financing (Claim No. A-03468) (Docket # 1229) is **DENIED**.

**IT IS FURTHER ORDERED** that the claim of Investor's Financing (Claim No. A-03468) is **ALLOWED** in the amount of **$475,000.00**.

Date:    June 26, 2006        /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                      CHIEF UNITED STATES DISTRICT JUDGE