UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

    Defendants.
    _____/

File No. 1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on June 13, 2006, recommending that the Receiver's motion to disallow the claims of Myrika Tyler (Docket # 1244) be granted and that Claim Nos. A-01550, A-01551 and A-01552 be disallowed. (Docket # 1318). No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated June 13, 2006, (Docket # 1318) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's motion to disallow the claims of Myrika Tyler (Docket # 1244) is **GRANTED**.

**IT IS FURTHER ORDERED** that Claim Nos. A-01550, A-01551 and A-01552 are **DISALLOWED**.

Date:    June 26, 2006    /s/ Robert Holmes Bell
    ROBERT HOLMES BELL
    CHIEF UNITED STATES DISTRICT JUDGE