IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL J. QUILLING,  Receiver for Advanced Financial Services, Inc., | § § § | |
| Plaintiff, | § § | Civil Action No.  1:03-CV-0236 |
| vs. | § § | |
| TRADE PARTNERS, INC., MACATAWA BANK CORPORATION, successor by merger to GRAND BANK, THOMAS J. SMITH and CHRISTINE M. ZMUDKA, | § § § § | |
| Defendants. | § § | |

**REPORT AND RECOMMENDATION**
**REGARDING RECEIVER'S FOURTH MOTION TO DISALLOW/ADJUST A CLAIMS**

On August 21, 2006  the Court considered the Receiver's Fourth Motion to Disallow/Adjust A Claims [Docket No. 1330].  Although given proper notice of the hearing, none of the claimants appeared or otherwise responded.[1]  Based on the evidence presented, applicable law and argument of counsel, the Court makes this report and recommendations.

1.      The Receiver's Fourth Motion to Disallow/Adjust A Claims [Docket No. 1330] should be **granted**.

2.      Each of the claims set forth below should be adjusted and allowed in the amount proposed by the Receiver so as to reflect the actual amount invested as opposed to including the amount of the death benefit or expected return:

| Claim No. | Name | Claim Amount | Receiver's Proposed Claim |
|---|---|---|---|
| A-04108 | CCWH, LLC | $115,200.00 | $73,846.15 |

---

[1] Claimant Jack Joslyn appeared and agreed to the Receiver's calculation of his claim.

| Claim No. | Name | Claim Amount | Receiver's Proposed Claim |
|---|---|---|---|
| A-04337 | Izolda Loktionova | $20,082.17 | $14,142.37 |
| A-04336 | Alexey Kaboshkin | $14,321.55 | $10,085.60 |
| A-04334 | Valeri Bondar | $1,571.84 | $1,228.00 |
| A-04605 | Gary J. Zmudka | $172.90 | $128.07 |
| A-06984 | Gary J. Zmudka | $1,062.77 | $748.43 |
| A-06985 | Gary J. Zmudka | $1,503.14 | $963.55 |

3.      The following claims should be adjusted and allowed in the amount proposed by the Receiver so as to take into account payments received by the claimant and/or deduct any claim for interest:

| Claim No. | Name | Claim Amount | Receiver's Proposed Claim |
|---|---|---|---|
| A-06768 | Dora Ivine Paris | $44,906.94 | $30,765.86 |
| A-00223 | Jack Joslyn | $35,000.00 | $25,024.98 |
| A-00187 | Evelyn F. McNair | $91,512.99 | $35,676.04 |
| A-06315 | Evelyn F. McNair | $30,668.00 | $28,551.60 |

4.      The following claims should be adjusted and allowed in the amount proposed by the Receiver for the reasons stated in the Receiver's Motion:

| Claim No. | Name | Claim Amount | Receiver's Proposed Claim |
|---|---|---|---|
| A-04246 | VIAC, LLC | $146,192.31 | $91,370.19 |
| A-01838 | Brian and Lois Roth | $15,917.91 | $0.00 |
| A-01842 | Brian and Lois Roth | $8,000.00 | $0.00 |
| A-03026 | Eugene and Betty LaCroix | $5,000.00 | $0.00 |

| Claim No. | Name | Claim Amount | Receiver's Proposed Claim |
|---|---|---|---|
| A-03027 | Eugene and Betty LaCroix | $14,727.73 | $0.00 |
| A-03028 | Eugene and Betty LaCroix | $16,666.66 | $0.00 |

Respectfully submitted,

Date:  August 24, 2006

  /s/ Ellen S. Carmody
ELLEN S. CARMODY
United States Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within ten (10) days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time waives the right to appeal the District Court's order.  *Thomas v. Arn,* 474 U.S. 140, 155 (1985); *United States v. Walters,* 638 F.2d 947, 949-950 (6th Cir. 1981).