IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. QUILLING, Receiver for Advanced Financial Services, Inc., § § § | |
| Plaintiff, § § | Civil Action No. 1:03-CV-0236 |
| vs. § § | |
| TRADE PARTNERS, INC., MACATAWA BANK CORPORATION, successor by merger to GRAND BANK, THOMAS J. SMITH and CHRISTINE M. ZMUDKA, § § § § § | |
| Defendants. § | |

**REPORT AND RECOMMENDATION**

On August 21, 2006, the Court conducted a hearing on the Receiver's Motion to Allow/Adjust Claims of Radio Columbus, Inc., Furr Investments, LLC, and Pansy Clar [Docket No. 1342]. At that time, the parties announced to the Court that they had reached a settlement regarding Claim Nos. A-04223, A-04226, A-01965 and A-04579. After hearing the terms of the settlement, the Court finds that it is in the best interest of the Receivership Estate.

Accordingly, the Magistrate Judge recommends that the following claims be allowed as unsecured "A" claims:

| | | |
|---|---|---|
| A-04223 | Furr Investments, LLC | $598,931.31 |
| A-04226 | Radio Columbus, Inc. | $527,812.20 |
| A-04579 | Furr Investments, LLC | $84,867.89 |
| A-01965 | Pansy Clar | $84,867.89 |

The Magistrate Judge further recommends that the Receiver's Motion to Allow/Adjust Claims of Radio Columbus, Inc., Furr Investments, LLC, and Pansy Clar [Docket No. 1342] be **denied as moot**.

Respectfully submitted,

Date:  August 24, 2006                                     /s/ Ellen S. Carmody
                                                                          ELLEN S. CARMODY
                                                                          United States Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within ten (10) days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time waives the right to appeal the District Court's order.  *Thomas v. Arn,* 474 U.S. 140, 155 (1985); *United States v. Walters,* 638 F.2d 947, 949-950 (6th Cir. 1981).