UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

    Defendants.
                                    /

File No.  1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on August 3, 2006, recommending that Claim No. A-05064 be allowed as a secured "A" Claim in the amount of $320,000.00 pursuant to the parties' settlement, that the Receiver be authorized to pay Michaeleen Meyer $320,000.00 upon final approval by the District Court, and that the Receiver's Motion to Disallow/Adjust Claims of Michaeleen Meyer (Docket # 1248) be denied as moot.  (Docket # 1370).  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  The Court agrees with the recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of August 3, 2006, (Docket # 1370) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Claim No. A-05064 is allowed as a secured "A" Claim in the amount of **$320,000.00**.

**IT IS FURTHER ORDERED** that the Receiver is authorized to pay Michaeleen Meyer $320,000.00.

**IT IS FURTHER ORDERED** that the Receiver's Motion to Disallow/Adjust Claims of Michaeleen Meyer (Docket #  1248) is **DENIED AS MOOT**.


Date:   August 30, 2006           /s/ Robert Holmes Bell
                                  ROBERT HOLMES BELL
                                  CHIEF UNITED STATES DISTRICT JUDGE