UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

       Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

       Defendants.

                                    /

File No. 1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on August 24, 2006, (Docket # 1386), recommending that the Receiver's Fourth Motion to Disallow/Adjust "A" Claims (Docket # 1330) be granted. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of August 24, 2006, (Docket # 1386) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's Fourth Motion to Disallow/Adjust "A" Claims (Docket # 1330) is **GRANTED**.

**IT IS FURTHER ORDERED** that the following claims are **ADJUSTED AND ALLOWED** in the following amounts:

| Claim No. | Name | Amount Allowed |
|---|---|---:|
| A-04108 | CCWH, LLC | $73,846.15 |
| A-04337 | Izolda Loktionova | $14,142.37 |
| A-04336 | Alexey Kaboshkin | $10,085.60 |
| A-04334 | Valeri Bondar | $1228.00 |
| A-04605 | Gary J. Zmudka | $128.07 |
| A-06984 | Gary J. Zmudka | $748.43 |
| A-06985 | Gary J. Zmudka | $963.55 |
| A-06768 | Dora Ivine Paris | $30,765.86 |
| A-00223 | Jack Joslyn | $25,024.98 |
| A-00187 | Evelyn F. McNair | $35,676.04 |
| A-06315 | Evelyn F. McNair | $28,551.60 |
| A-04246 | VIAC, LLC | $91,370.19 |
| A-01838 | Brian and Lois Roth | $0.00 |
| A-01842 | Brian and Lois Roth | $0.00 |
| A-03026 | Eugene and Betty LaCroix | $0.00 |
| A-03027 | Eugene and Betty LaCroix | $0.00 |
| A-03028 | Eugene and Betty LaCroix | $0.00 |

Date:   September 14, 2006            /s/ Robert Holmes Bell
                                      ROBERT HOLMES BELL
                                      CHIEF UNITED STATES DISTRICT JUDGE