UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

       Plaintiff,

                                       File No.  1:03-CV-236

v.

                                       HON. ROBERT HOLMES BELL

TRADE PARTNERS, INC., et al.,

       Defendants.
                                     /

### ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on August 24, 2006, (Docket # 1388), recommending that the Court deny as moot the Receiver's Motion to Allow/Adjust Claims of Radio Columbus, Inc., Furr Investments, LLC, and Pansy Clar (Docket # 1342) and allow the claims pursuant to the terms of the parties' settlement. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of August 24, 2006, (Docket # 1388), is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's Motion to Allow/Adjust Claims of Radio Columbus, Inc., Furr Investments, LLC, and Pansy Clar (Docket # 1342) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the claims of Radio Columbus, Inc., Furr Investment, LLC, and Pansy Clar are allowed as unsecured "A" claims in the following amounts:

| Claim No. | Name | Amount Allowed |
|---|---|---|
| A-04223 | Furr Investments, LLC | $598,931.31 |
| A-04226 | Radio Columbus, Inc. | $527,812.20 |
| A-04579 | Furr Investments, LLC | $84,867.89 |
| A-01965 | Pansy Clar | $84,867.89 |

Date:   September 14, 2006            /s/ Robert Holmes Bell
                                      ROBERT HOLMES BELL
                                      CHIEF UNITED STATES DISTRICT JUDGE

2