UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

       Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

       Defendants.

                                      /

File No.  1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on August 24, 2006, (Docket # 1389), recommending that the Receiver's Motion to Disallow/Reclassify/Offset Claim Nos. A-04677, A-04678 and A-04679 (Lewis McBride) (Docket # 1335) be granted.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  The Court agrees with the recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of August 24, 2006 (Docket # 1389) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's Motion to Disallow/Reclassify/Offset Claim Nos. A-04677, A-04678 and A-04679 (Lewis McBride) (Docket # 1335) is **GRANTED**.

**IT IS FURTHER ORDERED** that the claims of Lewis McBride are **RECLASSIFIED as "B" claims** and **ALLOWED** in the following amounts:

| Claim No. | Claimant | Amount Allowed |
|---|---|---:|
| A-04677 | Lewis D. McBride | $35,000.00 |
| A-04678 | Lewis D. McBride | $30,000.00 |
| A-04679 | Lewis D. McBride | $0.00 |

**IT IS FURTHER ORDERED** that these claims are offset in their entirety by commissions paid to the claimant and the claims are reduced to zero.

Date:   September 14, 2006          /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    CHIEF UNITED STATES DISTRICT JUDGE