UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

    Defendants.
_____/

File No.  1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on August 31, 2006, (Docket # 1394), recommending that the Receiver's Motion to Approve Settlement of All Claims of Dr. Patrick J. McNamara (Docket # 1339) be granted.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  The Court agrees with the recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of August 31, 2006, (Docket # 1394) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that all claims of Dr. Patrick J. McNamara regarding the SHE (H&B) (1) policy are **RESOLVED** according to the terms outlined in the Report and Recommendation.

**IT IS FURTHER ORDERED** that all remaining claims, rights and liabilities between the Receivership Estate and Dr. Patrick J. McNamara are **RESOLVED**.

Date:   September 28, 2006      /s/ Robert Holmes Bell
    ROBERT HOLMES BELL
    CHIEF UNITED STATES DISTRICT JUDGE