UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

    Defendants.
_____/

File No. 1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on September 22, 2006, recommending that the parties' settlement regarding Claim Nos. A-01616 and A-01733 be approved. (Docket # 1427). No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated September 22, 2006, (Docket # 1427), is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Claim No. A-01616 is **WITHDRAWN** in its entirety.

**IT IS FURTHER ORDERED** that Claim No. A-01733 is **ALLOWED** as an unsecured "A" claim in the amount of **$150,000.00**.

**IT IS FURTHER ORDERED** that the Receiver's Motion to Disallow/Reclassify/Offset Claim Nos. A-01616 and A-01733 (Elkins) (Docket # 1344) is **DENIED AS MOOT**.


Date:   October 26, 2006            /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    CHIEF UNITED STATES DISTRICT JUDGE