UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

      Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

      Defendants.
      _____/

File No. 1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on September 28, 2006, recommending that the parties' settlement regarding the claims of J. Michaeleen Meyer be approved. (Docket # 1435). No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated September 28, 2006, (Docket # 1435) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Claim No. A-05066 is **ALLOWED** as an "A" viatical claim in the amount of **$78,000.00**.

**IT IS FURTHER ORDERED** that Claim Nos. A-05065 and A-05067 are deemed **WITHDRAWN**.

**IT IS FURTHER ORDERED** that the Receiver's Motion to Disallow/Adjust Claims of J. Michaeleen Meyer (Claim Nos. A-05065, A-05066, and A-05067) (Docket # 1248) is **DISMISSED AS WITHDRAWN**.

Date:   October 26, 2006             /s/ Robert Holmes Bell
                                     ROBERT HOLMES BELL
                                     CHIEF UNITED STATES DISTRICT JUDGE