UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

    Defendants.
    _____/

File No. 1:03-CV-236

HON. ROBERT HOLMES BELL

### ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on September 28, 2006, (Docket # 1436), recommending that the Receiver's Motion to Approve Settlement of All Claims of Habersham Funding, LLC (Docket # 1376) be granted. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated September 28, 2006, (Docket # 1436) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's Motion to Approve Settlement of All Claims of Habersham Funding, LLC (Docket # 1376) is **GRANTED**.

**IT IS FURTHER ORDERED** that the settlement terms outlined in the Report and Recommendation (Docket # 1436) are **APPROVED**.

**IT IS FURTHER ORDERED** that the claims of Habersham Funding, LLC in this proceeding are **RESOLVED** pursuant to the settlement terms outlined in the Report and Recommendation (Docket # 1436).


Date:   October 26, 2006             /s/ Robert Holmes Bell
                                     ROBERT HOLMES BELL
                                     CHIEF UNITED STATES DISTRICT JUDGE