UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

    Defendants.
                               /

File No. 1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on September 28, 2006, recommending that the parties' settlement regarding the claims of Charity Davis be approved. (Docket # 1437). No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated September 28, 2006, (Docket # 1437) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Claim No. A-03583 is **ALLOWED** as an "A" viatical claim in the amount of **$40,200.00**.

**IT IS FURTHER ORDERED** that Claim No. A-03584 is **ALLOWED** as an "A" viatical claim in the amount of **$19,800.00**.

**IT IS FURTHER ORDERED** that Charity Davis is given an **ALLOWED** "A" IWM claim in the amount of **$118,143.34**.

**IT IS FURTHER ORDERED** that the Receiver's Motion to Allow/Adjust Claims of Charity Davis (Claim Nos. A-03583, A-03584, and A-03585) (Docket # 1331) is **DISMISSED AS WITHDRAWN**.


Date:    October 26, 2006              /s/ Robert Holmes Bell
                                       ROBERT HOLMES BELL
                                       CHIEF UNITED STATES DISTRICT JUDGE