UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

                              File No. 1:03-CV-236

                              HON. ROBERT HOLMES BELL

TRADE PARTNERS, INC., et al.,

    Defendants.
                                                       /

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on November 17, 2006, (Docket # 1498), recommending that Ungaretti & Harris, LLP's Objection to the Receiver's First Amended Proposed Plan of Distribution (Docket # 1453) be denied. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the November 17, 2006, Report and Recommendation (Docket # 1498) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Ungaretti & Harris, LLP's Objection to the Receiver's First Amended Proposed Plan of Distribution (Docket # 1453) is **DENIED**.


Date:   December 14, 2006        /s/ Robert Holmes Bell
                                                            ROBERT HOLMES BELL
                                                            CHIEF UNITED STATES DISTRICT JUDGE