UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

    Defendants.
                                    /

File No. 1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on December 1, 2006, (Docket # 1501), recommending that the Receiver's First Amended Plan of Distribution (Docket #'s 1351 & 1352) be approved and that the Receiver be authorized to implement its terms forthwith. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the December 1, 2006, Report and Recommendation (Docket # 1501) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's First Amended Plan of Distribution (Docket #'s 1351 & 1352) is **APPROVED**.

**IT IS FURTHER ORDERED** that the Receiver is authorized to implement the terms of the First Amended Plan of Distribution forthwith.

Date:   January 9, 2007                    /s/ Robert Holmes Bell
                                                                       ROBERT HOLMES BELL
                                                                       CHIEF UNITED STATES DISTRICT JUDGE