UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

      Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

      Defendants.
_____/

File No.  1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on December 15, 2006 (Docket # 1512), recommending that the Receiver's motion to vacate in part orders allowing "A" claims and motion to allow corrected "A" claims (Docket # 1495) be granted.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  The Court agrees with the recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the December 15, 2006, Report and Recommendation (Docket # 1512) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's motion to vacate in part orders allowing "A" claims and motion to allow corrected "A" claims (Docket # 1495) is **GRANTED**.

**IT IS FURTHER ORDERED** that the following orders allowing "A" claims, Docket #'s 579, 725, 909, 1038, and 1096, are **VACATED IN PART** only as they pertain to the 13 claims listed on Exhibit A attached hereto.

**IT IS FURTHER ORDERED** that the 13 claims listed on Exhibit A are **ALLOWED AS UNSECURED CLAIMS** against the Receivership estate in the amounts shown in the "Correct Amount" column on Exhibit A.

Date:   January 25, 2007            /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    CHIEF UNITED STATES DISTRICT JUDGE