UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

          File No. 1:03-CV-236

TRADE PARTNERS, INC., et al.,

          HON. ROBERT HOLMES BELL

    Defendants.
                                         /

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on December 15, 2006 (Docket # 1513), recommending that the Receiver's motion to pay claim of Robert J. Mast (A-03756) (Docket # 1466) be granted. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the December 15, 2006, Report and Recommendation (Docket # 1513) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's motion to pay claim of Robert J. Mast (A-03756) (Docket # 1466) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Receiver is **AUTHORIZED** to pay Robert J. Mast $88,000.00.

**IT IS FURTHER ORDERED** that the remaining $30,977.21 is **RELEASED** and shall be placed with the general Receivership funds for distribution to the various claimants.

Date:   January 25, 2007           /s/ Robert Holmes Bell
                                                   ROBERT HOLMES BELL
                                                   CHIEF UNITED STATES DISTRICT JUDGE