# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MICHAEL J. QUILLING,

       Plaintiff,

                                      File No.  1:03-CV-236

v.

                                      HON. ROBERT HOLMES BELL

TRADE PARTNERS, INC., et al.,

       Defendants.

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation on August 15, 2007, recommending that MassMutual's motion for relief from order directing change of ownership of certain insurance policies (Docket # 1534) be denied and that the Receiver's motion for order to show cause (Docket # 1560) be granted.  (Docket # 1626).   No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C), and the Court agrees with the recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of August 15, 2007 (Docket # 1626) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that MassMutual's motion for relief from order directing change of ownership of certain insurance policies (Docket # 1534) is **DENIED**.

**IT IS FURTHER ORDERED** that the Receiver's motion for order to show cause (Docket # 1560) is **GRANTED**.

**IT IS FURTHER ORDERED** that MassMutal shall **COMPLY** with this Court's July 21, 2003 and July 19, 2005 orders (Docket #'s 141 & 1057) within 14 days of this order or **SHOW CAUSE** why it should not be held in contempt of court.


Date:   ____September 10, 2007____   ___/s/ Robert Holmes Bell_____

                                             ROBERT HOLMES BELL
                                             CHIEF UNITED STATES DISTRICT JUDGE