UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

    Defendants.

                                             /

File No. 1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation ("R&R") (Dkt. No. 1689) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Frank Taber's objections to the R&R (Dkt. No. 1693) are **DENIED**.

**IT IS FURTHER ORDERED** that the Receiver's motion for enlargement of time to file a reply to Mr. Taber's objections (Dkt. No. 1695) is **GRANTED**.

**IT IS FURTHER ORDERED** that Frank Taber's motion for limited intervention (Dkt. No. 1573) is **GRANTED**.

**IT IS FURTHER ORDERED** that Frank Taber's claim against Trade Partners, Inc.

(Dkt. No. 1574) is **GRANTED IN PART and DENIED IN PART**.  Frank Taber is granted a Class "A" claim in the amount of $1,000,000 and shall receive a pro rata distribution along with all of the other Class "A" claimants.  In all other respects his claim is denied.


Dated: September 16, 2008                             /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                      UNITED STATES DISTRICT JUDGE