UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

    Defendants.

                             /

File No. 1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation (Dkt. No. 1784) on March 27, 2009, recommending that the Receiver's Motion to Approve Purchase and Sale Agreement Termination Agreement, Settlement Agreement, and Mutual Release with Universal Settlements International, Inc. (Dkt. No. 1743) be granted. No objections have been filed within the time frame allowed by 28 U.S.C. § 636(b)(1)(C). Upon review the Court agrees with the Magistrate Judge's recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt. No. 1784) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's Motion to Approve Purchase and Sale Agreement Termination Agreement, Settlement Agreement, and Mutual Release with Universal Settlements International, Inc. (Dkt. No. 1743) is **GRANTED**.

**IT IS FURTHER ORDERED** that the settlement with Universal Settlements International, Inc. is **APPROVED** by the Court.

**IT IS FURTHER ORDERED** that Universal Settlements International, Inc., and Trade Partners, Inc., shall stipulate to entry of an order stating that the settlement agreement shall be filed under seal, but that anyone with an interest in the Trade Partners, Inc., estate may apply to the Receiver to review the settlement agreement, and that Bruce Kramer, as Receiver for Trade Partners, Inc., would thereby have the authority to show the interested party a copy of the settlement agreement.

Dated: April 21, 2009                             /s/ Robert Holmes Bell
                                                  ROBERT HOLMES BELL
                                                  UNITED STATES DISTRICT JUDGE