UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

    Defendants.

                                  /

File No. 1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation ("R&R") (Dkt. No. 1803) on June 17, 2009, recommending that the Receiver's Motion for Authority to Make a Second Interim Distribution (Dkt. No. 1778) and the Receiver's Motion for Authority to Abandon Property (Dkt. No. 1785) be granted. No objections have been filed to the R&R within the time frame allowed by 28 U.S.C. § 636(b)(1)(C). Upon review, the Court agrees with the Magistrate Judge's recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the June 17, 2009, R&R (Dkt. No. 1803) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's Motion for Authority to Make a Second Interim Distribution (Dkt. No. 1778) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Receiver is authorized to expend the necessary funds to make a second interim and partial distribution of Ten Million Dollars ($10,000,000.00) to Class "A" Claimants.

**IT IS FURTHER ORDERED** that the Receiver's Motion for Authority to Abandon Property (Dkt. No. 1785) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Receiver is authorized to abandon the Trade Partners computer equipment identified on Exhibit A attached hereto and to take any and all actions necessary to effectuate this purpose.


Dated: July 30, 2009                          /s/ Robert Holmes Bell
                                              ROBERT HOLMES BELL
                                              UNITED STATES DISTRICT JUDGE