UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MICHAEL J. QUILLING,

        Plaintiff,

                                    File No.  1:03-CV-236

v.

                                    HON. ROBERT HOLMES BELL

TRADE PARTNERS, INC., et al.,

        Defendants.

_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

        Magistrate Judge Ellen S. Carmody filed a Report and Recommendation ("R&R") on

January 19, 2010, recommending that Continental Assurance Life Insurance Company be

held in civil contempt and be sanctioned.  (Dkt. No. 1888.)  The Receiver has filed a proof

of service of the R&R on Continental Assurance Life Insurance Company by first class mail

on January 20, 2010.  (Dkt. No. 1892.)  To date, no objections to the R&R have been filed.

Upon review, the Court agrees with the R&R's recommendation.  Accordingly,

        **IT IS HEREBY ORDERED** that the January 19, 2010, Report and Recommendation

(Dkt. No. 1888) is **APPROVED AND ADOPTED** as the opinion of this Court.

        **IT IS FURTHER ORDERED** that the Court finds Continental Assurance Life

Insurance Company to be in **CIVIL CONTEMPT**.

**IT IS FURTHER ORDERED** that Continental Assurance Life Insurance Company

is **SANCTIONED** as follows:

    1.   Continental Assurance Life Insurance Company shall **PAY** to the Receivership the face value of the policy, **$55,000.00**; and

    2.  Continental Assurance Life Insurance Company shall **PAY** the Receiver's fees and costs incurred in pursuing this relief, in the amount of **$5,925.00**.

Dated: <u>February 12, 2010</u>               <u>/s/ Robert Holmes Bell           </u>
                                            ROBERT HOLMES BELL
                                            UNITED STATES DISTRICT JUDGE