UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

TRADE PARTNERS, INC., et al.,

    Defendants.
    _____/

File No. 1:03-CV-236

HON. ROBERT HOLMES BELL

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation ("R&R") on January 19, 2010, recommending that Pioneer Life Insurance Company be held in civil contempt and be sanctioned. (Dkt. No. 1890.) The Receiver has filed a proof of service of the R&R on Pioneer Life Insurance Company by first class mail on January 20, 2010. (Dkt. No. 1891.) To date, no objections to the R&R have been filed. Upon review, the Court agrees with the R&R's recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the January 19, 2010, Report and Recommendation (Dkt. No. 1890) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Court finds Pioneer Life Insurance Company to be in **CIVIL CONTEMPT**.

**IT IS FURTHER ORDERED** that Pioneer Life Insurance Company is **SANCTIONED** as follows:

1. Pioneer Life Insurance Company shall **PAY** to the Receivership the face value of the policy, **$35,000.00**; and

2. Pioneer Life Insurance Company shall **PAY** the Receiver's fees and costs incurred in pursuing this relief, in the amount of **$4,937.50**.

Dated: February 12, 2010        /s/ Robert Holmes Bell
                                             ROBERT HOLMES BELL
                                             UNITED STATES DISTRICT JUDGE