UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

File No. 1:03-CV-236

v.

HON. ROBERT HOLMES BELL

TRADE PARTNERS, INC., et al.,

    Defendants.
    _____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Magistrate Judge Ellen S. Carmody filed a Report and Recommendation ("R&R") on June 24, 2010, recommending that the corrected joint motion of the Receiver, Bruce S. Kramer, and Government Personnel Life Insurance Company for an order directing change of ownership (Dkt. No. 1924) be granted. (Dkt. No. 1947, R&R.) No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court has reviewed the R&R and agrees with the recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's June 24, 2010, R&R (Dkt. No. 1947) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Corrected Joint Motion for Order Directing Change of Ownership (Dkt. 1924) is **GRANTED**.

**IT IS FURTHER ORDERED** that, as an equitable matter, California law governs the transaction between BAB-R (the Insured) and Kelco, Inc./Trade Partners, Inc.

**IT IS FURTHER ORDERED** that under the applicable law and the stipulated facts, the Receiver acquired an equitable interest in the Certificate of Coverage.

**IT IS FURTHER ORDERED** that Military Benefits Association and Government Personnel Mutual Life Insurance Company shall record the Receiver, Bruce S. Kramer, as the equitable owner of the $100,000 Certificate of Coverage issued under Master Group Policy of Life Insurance No. G-39989.

Date:   August 16, 2010                /s/ Robert Holmes Bell
                                               ROBERT HOLMES BELL
                                               UNITED STATES DISTRICT JUDGE