UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MICHAEL J. QUILLING,

      Plaintiff,

                                  File No. 1:03-CV-236

v.

                                  HON. ROBERT HOLMES BELL

TRADE PARTNERS, INC., et al.,

      Defendants.
                                       /

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On August 12, 1010, Magistrate Judge Ellen S. Carmody filed a Report and Recommendation ("R&R") recommending that the Receiver's motion to approve the purchase and sale agreement with Lexington Settlements, Ltd. (Dkt. No. 1938) be granted. (Dkt. No. 1966, R&R.) No objections to the R&R have been filed within the time period specified by 28 U.S.C. § 636(b)(1)(C). The Court has reviewed the R&R and agrees with its recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt. No. 1966) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's motion to approve the purchase and sale agreement with Lexington Settlements, Ltd. and to authorize the sale of policies free

and clear of any interests for the purchase price of 3.75 percent of the total face death benefits of the policies being sold (Dkt. No. 1938), is **GRANTED**.

**IT IS FURTHER ORDERED** that the exact dollar amount to be paid by the purchaser will be determined when and as of the date that the policies or a policy is actually transferred to the purchaser.


Dated: September 9, 2010 /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE