IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL J. QUILLING, Receiver for Advanced Financial Services, Inc., | § § § | |
| Plaintiff, | § § | Civil Action No. 1:03-CV-0236 |
| v. | § § | |
| TRADE PARTNERS, INC., MACATAWA BANK CORPORATION, successor by merger to GRAND BANK, THOMAS J. SMITH and CHRISTINE M. ZMUDKA, | § § § § § § | |
| Defendants. | § | |

## REPORT AND RECOMMENDATION REGARDING DOCKET NO. 2021

On April 19, 2011, the Court considered the Receiver's Motion to Disallow/Adjust Claims filed by the IRS [Doc. No. 2021] at which time the Receiver and counsel for the IRS announced to the Court that an agreement had been reached with respect to the claims addressed in the Motion. A chart summary of the agreement is attached as Exhibit A and is incorporated herein by reference. The Court recommends that the agreement be approved, that the motion [Doc. No. 2021] be dismissed as resolved, and that the Receiver be authorized to pay the IRS $9,426.79 in full and complete satisfaction of the claims.

Date: May 17, 2011

      /s/ Ellen S. Carmody
ELLEN S. CARMODY
United States Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within ten (10) days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn,* 474 U.S. 140, 155 (1985); *United States v. Walters,* 638 F.2d 947, 949-950 (6th Cir. 1981).