IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL J. QUILLING, Receiver for Advanced Financial Services, Inc., | § § § | |
| Plaintiff, | § § | Civil Action No. 1:03-CV-0236 |
| v. | § § | |
| TRADE PARTNERS, INC., MACATAWA BANK CORPORATION, successor by merger to GRAND BANK, THOMAS J. SMITH and CHRISTINE M. ZMUDKA, | § § § § § § | |
| Defendants. | § | |

## REPORT AND RECOMMENDATION REGARDING DOCKET NO. 2018

On April 19, 2011, the Court considered the Receiver's Motion to Allow B Claims [Doc. No. 2018] at which time the Court found that all parties with claims addressed in the Motion had been served and were given proper notice of the hearing. No party appeared or otherwise responded to the Motion. Having considered the motion and the lack of any response, the Court recommends that the Receiver's Motion to Allow B Claims [Doc. No. 2018] be granted, and that the following B claims be allowed as general unsecured claims against the receivership estate, which means that pursuant to the Receiver's Plan [Doc. No. 1351] as approved by the Court [Doc. No. 1523] these claims, although approved, will not be paid:

| Claim No. | Amount | Claimant |
|---|---|---|
| B-0015 | $250,000.00 | Charles Willette/Bald Eagle Network |
| B-0140 | $6,933,750.00 | Tradia Commerce Network, Inc. |

| B-0151 | $29,750.00 | Gregory J. Zuidema |

Date: May 17, 2011                                /s/ Ellen S. Carmody
                                                 ELLEN S. CARMODY
                                                 United States Magistrate Judge


 OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within ten (10) days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn,* 474 U.S. 140, 155 (1985); *United States v. Walters,* 638 F.2d 947, 949-950 (6th Cir. 1981).