UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

        Plaintiff,

File No.  1:03-CV-236

v.

HON. ROBERT HOLMES BELL

TRADE PARTNERS, INC., et al.,

        Defendants.
                                   /

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On May 17, 2011, Magistrate Judge Ellen S. Carmody filed a Report and Recommendation ("R&R") recommending that the Receiver's Motion to Allow B Claims (Dkt. No. 2018) be granted.  (Dkt. No. 2045, R&R.)  No objections to the R&R have been filed within the time period specified by 28 U.S.C. § 636(b)(1)(C).  The Court has reviewed the R&R and agrees with its recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the R&R regarding Docket No. 2018 (Dkt. No. 2045) is **APPROVED AND ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Receiver's Motion to Allow B Claims (Dkt. No. 2018) is **GRANTED**.

**IT IS FURTHER ORDERED** that the following B claims are allowed as general unsecured claims against the receivership estate, which means that pursuant to the Receiver's

Plan (Dkt. No. 1351) as approved by the Court (Dkt. No. 1523) these claims, although approved, will not be paid:

| Claim No. | Amount | Claimant |
|---|---|---|
| B-0015 | $250,000.00 | Charles Willette/Bald Eagle Network |
| B-0140 | $6,933,750.00 | Tradia Commerce Network, Inc. |
| B-0151 | $29,750.00 | Gregory J. Zuidema |

Dated: June 23, 2011            /s/ Robert Holmes Bell
                                ROBERT HOLMES BELL
                                UNITED STATES DISTRICT JUDGE