UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

    Plaintiff,

v.

                                    File No.  1:03-CV-236

                                    HON. ROBERT HOLMES BELL

TRADE PARTNERS, INC., et al.,

    Defendants.
                                          /

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

       On September 30, 2011, Magistrate Judge Ellen S. Carmody filed a Report and Recommendation ("R&R") recommending that the Receiver's motion for authority to abandon property (Dkt. No. 2059) be granted. (Dkt. No. 2071, R&R.)  No objections to the R&R have been filed within the time period specified by 28 U.S.C. § 636(b)(1)(C).  The Court has reviewed the R&R and agrees with its recommendation.  Accordingly,

       **IT IS HEREBY ORDERED** that the September 30, 2011, R&R (Dkt. No. 2071) is **APPROVED AND ADOPTED** as the opinion of this Court.

       **IT IS FURTHER ORDERED** that the Receiver's motion for authority to abandon property (Dkt. No. 2059) is **GRANTED**.

       **IT IS FURTHER ORDERED** that the Receiver is authorized to abandon the polices set forth in Schedule A of the Receiver's motion.  (Dkt. No. 2059, Schedule A.)

Dated: October 19, 2011                            /s/ Robert Holmes Bell
                                                                    ROBERT HOLMES BELL
                                                                    UNITED STATES DISTRICT JUDGE