UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. QUILLING,

        Plaintiff,

                                      File No. 1:03-CV-236

v.

                                      HON. ROBERT HOLMES BELL

TRADE PARTNERS, INC., et al.,

        Defendants.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

        On November 23, 2011, Magistrate Judge Ellen S. Carmody filed a Corrected Report and Recommendation ("R&R") recommending that the Receiver's Final Report and Proposed Distribution Plan (Dkt. No. 2066) and the Receiver's Final Fee Application for Attorneys and Accountants (Dkt. No. 2065) be approved. (Dkt. No. 2082, Corr. R&R.) No objections to the R&R have been filed within the time period specified by 28 U.S.C. § 636(b)(1)(C). The Court has reviewed the R&R and agrees with its recommendation. Accordingly,

        **IT IS HEREBY ORDERED** that the November 23, 2011, Corrected R&R (Dkt. No. 2082) is **APPROVED and ADOPTED** as the opinion of this Court.

        **IT IS FURTHER ORDERED** that the Receiver's Final Report and Proposed Distribution Plan (Dkt. No. 2066) is **APPROVED**.

**IT IS FURTHER ORDERED** that the Receiver's Final Fee Application for Attorneys and Accountants (Dkt. No. 2065) is **APPROVED**.

**IT IS FURTHER ORDERED** that the following fees incurred since the final fee applications were submitted are **APPROVED**: $40,747.44 for the Special Counsel to the Receiver; $6,423.09 for the Examiner; and $20,350.65 for the Receiver.

**IT IS FURTHER ORDERED** that the following amounts are allocated as retainers for the costs of addressing the matters listed in ¶ 6 of the final report which will require attention by the Receiver and other professionals after the final report is approved: $215,500.00 for the Receiver; $20,000.00 for the Examiner; $20,000.00 for EHTC; and $175,000.00 for Quilling Selander.

Dated: December 19, 2011          /s/ Robert Holmes Bell
                                  ROBERT HOLMES BELL
                                  UNITED STATES DISTRICT JUDGE